# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1005.  JOHN PERALTA, SR. v. JAMIE LEANN MCADAMS.

Jamie Leann McAdams filed a complaint for divorce against John Peralta, Sr. On August 25, 2016, the trial court entered a final judgment and decree of divorce. On August 30, the court entered an order denying Peralta's motion to recuse.  On September 6, Peralta filed a pro se notice of appeal to this Court.  The notice did not specify the orders that Peralta wished to appeal.  On September 9,  Peralta filed another notice of appeal indicating his wish to appeal the order denying his motion to recuse.  On November 16, Peralta filed a "Second Notice of Appeal" that once again indicated his wish to appeal to this Court, but did not designate a particular order to be appealed.  Finally, on December 22, Peralta filed an "Amended Notice of Appeal" that did not indicate which order he wanted to appeal.

The Supreme Court has general appellate jurisdiction over divorce and alimony cases.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6).[1]  Because it appears that Peralta may be seeking to appeal not only the recusal order, but also the divorce decree,[2] this application is hereby TRANSFERRED to the Supreme Court for

---

[1] Pursuant to the Appellate Jurisdiction Reform Act of 2016, the Court of Appeals has appellate jurisdiction over divorce and alimony cases in which the notice of appeal was filed on or after January 1, 2017.  OCGA § 15-3-3.1 (a) (5); see Ga. L. 2016, p. 883, § 6-1 (c) (effective date).  The notices of appeal in this case were filed in 2016.

[2] If Peralta sought to appeal only the recusal order, then jurisdiction might lie in this Court.  See Case No. A17A0557 (dismissed November 9, 2016) ("The Supreme Court transferred the appeal to this Court, explaining that the appeal was not

disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 01/24/2017
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

      *Stephen E. Castlen*  *, Clerk.*

---

from a final judgment of divorce and the sole issue on appeal, recusal, was a matter other than divorce or alimony."); see also *Dodson v. Dean*, 256 Ga. App. 4 (567 SE2d 348) (2002) (deciding appeal of denial of motion to recuse in divorce case).